February 2, 2015

Clerk of Courts
US District Court for the District of Maryland
Northern Division
101 W. Lombard St.
Baltimore, MD 21201

Please accept he accompanying forms and copies of a civil complaint to open a civil case.

I've included the Civil Cover Sheet, the Forma Pauperis, two copies for each named defendant of the Summons in a Civil Action, a copy of the complaint for the court, and a copy for each named defendant.

I will need to subpoena at least two people to include them in the suit, as I am not aware of their actual names or addresses and for some reason they are not cooperating by providing the information.

If you need any further information or find anything lacking in this submission packet, please feel free to call me at 410-206-9637.

Sincerely,

William M. Schmalfeldt, Sr.
6636 Washington Blvd. #71
Elkridge, MD 21075
bschmaleldt@comcast.net

**SENT BY CERTIFIED MAIL**