# Exhibit A

Plaintiff's 2013 Federal Tax Return as posted online at http://patriot-ombudsman.com/2014/04/a-brief-return-to-confess/index.html. The magenta highlighting is present in the online posting. Viewed 6 April, 2014.

| Form 1040A | Department of the Treasury – Internal Revenue Service U.S. Individual Income Tax Return (99) 2013 | | IRS Use Only—Do not write or staple in this space. OMB No. 1545-0074 |
|---|---|---|---|
| Your first name and initial | Last name | | Your social security number |
| William M | Schmalfeldt | | |
| If a joint return, spouse's first name and initial | Last name | | Spouse's social security number |
| Gail M | Schmalfeldt | | |
| Home address (number and street). If you have a P.O. box, see instructions. | | Apt. no. | Make sure the SSN(s) above and on line 6c are correct. |
| Elkridge MD 21075 | | | Presidential Election Campaign — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse |
| Foreign country name | Foreign province/state/county | Foreign postal code | |

**Filing status** — Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
b ☒ Spouse
c Dependents:
(1) First name  Last name  (2) Dependent's social security number  (3) Dependent's relationship to you  (4) ✓ if child under age 17 qualifying for child tax credit (see instructions)

Boxes checked on 6a and 6b: 2
No. of children on 6c who: lived with you / did not live with you due to divorce or separation (see instructions) / Dependents on 6c not entered above

d Total number of exemptions claimed. — 2

**Income**
Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld. If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 | |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required. | 8a | |
| b | Tax-exempt interest. Do not include on line 8a. 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required. | 9a | |
| b | Qualified dividends (see instructions). 9b | | |
| 10 | Capital gain distributions (see instructions). | 10 | |
| 11a | IRA distributions. 11a | 11b Taxable amount (see instructions). | 11b |
| 12a | Pensions and annuities. 12a  16,272. | 12b Taxable amount (see instructions). | 12b  0. |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | 13 | |
| 14a | Social security benefits. 14a  21,827. | 14b Taxable amount (see instructions). | 14b  0. |
| 15 | Add lines 7 through 14b (far right column). This is your total income. ▶ | 15 | 0. |

**Adjusted gross income**

| 16 | Educator expenses (see instructions). | 16 | |
|---|---|---|---|
| 17 | IRA deduction (see instructions). | 17 | |
| 18 | Student loan interest deduction (see instructions). | 18 | |
| 19 | Tuition and fees. Attach Form 8917. | 19 | |
| 20 | Add lines 16 through 19. These are your total adjustments. | 20 | |
| 21 | Subtract line 20 from line 15. This is your adjusted gross income. ▶ | 21 | 0. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions. BAA    Form 1040A (2013)
REV 03/03/14 TTO

Exhibit A